**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       Case No. 11-20113

DEANGELO WADE and ABE BEYDOUN,

    Defendants.
                                                       /

**ORDER ADJOURNING DEFENDANTS DEANGELO WADE AND ABE BEYDOUN'S SENTENCING AND SETTING TELEPHONE CONFERENCE**

On December 8, 2011, at approximately 2:30 p.m., the court's case manager received a telephone call from attorney Jack Wolfe's paralegal indicating that Mr. Wolfe was attending to a family medical emergency and would be unable to attend the sentencing of his client Defendant Deangelo Wade scheduled for 3:00 p.m. The court informed counsel for the parties that it would adjourn the sentencing hearings of Defendants Wade and Abe Beydoun and conduct a telephone conference with counsel to reschedule the hearings. Accordingly,

IT IS ORDERED that the sentencing hearings of Defendants Deangelo Wade and Abe Beydoun are ADJOURNED.

IT IS FURTHER ORDERED that counsel for the parties shall participate in a telephone conference on the record on **December 14, 2011, at 3:30 p.m.**

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: December 14, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 14, 2011, by electronic and/or ordinary mail.

                                           S/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\11-20113.WADE.Adjourn.Sentencing.Set.Conference.jrc.wpd