UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No. 2:11-cr-20113
　　　　　　　　　　　　　　　　　　　　　　Hon. Robert H. Cleland

ABE BEYDOUN (D-2)

    Defendant.
_____/

## ORDER GRANTING DEFENDANT ABE BEYDOUN'S
## EMERGENCY MOTION TO EXTEND REPORTING DATE

Upon consideration of Defendant's Emergency Motion and Memorandum to Extend Reporting Date;

IT IS HEREBY ORDERED that the Motion is hereby GRANTED; and

FURTHER ORDERED that Defendant Abe Beydoun's reporting date to FCI Milan is extended 28 days to April 19, 2012; or, such other date after that date as designated by the United States Bureau of Prisons if unable to accept Defendant at that time.

                                    s/Robert H. Cleland
                                    UNITED STATES DISTRICT JUDGE

Dated: 3/19/2012